UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, "EFFLUENT LIMITATIONS
GUIDELINES AND STANDARDS FOR THE STEAM
ELECTRIC POWER GENERATING POINT SOURCE
CATEGORY; FINAL RULE." 80 FED. REG. 67, 838,
PUBLISHED ON NOVEMBER 3, 2015.                                   MCP No. 136

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The United States Environmental Protection Agency issued a Notice dated November 3, 2015. On December 7, 2015, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in four circuit courts of appeal as follows: Second Circuit Court, Fifth Circuit Court, Eighth Circuit Court, and Ninth Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the Fifth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the Fifth Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Dana L. Stewart*

Dana L. Stewart, Operations Support Specialist
Random Selector

*Delora Davis*

Delora Davis, Operations Supervisor
Witness

IN RE: UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, "EFFLUENT LIMITATIONS GUIDELINES AND STANDARDS FOR THE STEAM ELECTRIC POWER GENERATING POINT SOURCE CATEGORY; FINAL RULE." 80 RED. REG 67, 838, PUBLISHED ON NOVEMBER 3, 2015

MCP No. 136

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
| --- | --- |
| Second Circuit, No. 15-3773 | Waterkeeper Alliance, Inc., et al. V. U.S. Environmental Protection, et al. |
| Fifth Circuit, No. 15-60821 | Southwestern Electric Power Company, et al. v. U.S. Environmental Protection Agency, et al. |
| Eighth Circuit, No. 15-3658 | Union Electric Company, et al. v. U.S. Environmental Protection Agency, et al. |
| Ninth Circuit, No. 15-73578 | Sierra Club v. U.S. Environmental Protection Agency, et al. |